UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>MICHAEL THOMPSON, )<br>)<br>Defendant. ) | No. 1:05-cv-1480-SEB-VSS<br>IP 02-CR-035-B/F-01 |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255 is denied, and that the defendant take nothing by his action docketed as No. 1:05-cv-1480-SEB-VSS.

Date: 10/26/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Thompson
Reg. No. 06830-028
Federal Correctional Institution
Greenville, IL   62246

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048